## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE MATTER OF: MARIAN D. TOTH,   :   No. 615 MAL 2019
AN INCAPACITATED PERSON   :
  :
  :   Petition for Allowance of Appeal
PETITION OF: J. GEZA TOTH   :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 1st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.